# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                          NO.  4:05CR00305-003 SWW

TIMOTHY SHANE BARTON


## ORDER

Pursuant to order by this Court to undergo a psychiatric examination, the above-named defendant was directed by the United States Marshal to appear on June 8, 2006, for transport to the designated medical facility.  Defendant has filed a motion seeking an extension of such date.  For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that defendant's motion is granted, and the date he is to report is extended until *12:00 noon on June 22, 2006*,at which time, he shall report as directd.

Dated this 6th day of June, 2006.


/s/Susan Webber Wright


UNITED STATES DISTRICT JUDGE