# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                      NO. 4:05CR00305-003 SWW

TIMOTHY SHANE BARTON

<u>ORDER</u>

     Pending before the Court is the government's motion for dismissal of the indictment against the above defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Court finds that the motion should be granted.

     IT IS THEREFORE ORDERED that the government's motion be, and it is hereby granted, and the indictment pending against separate defendant Timothy Shane Barton in the above case hereby is dismissed without prejudice.

     IT IS SO ORDERED this 7th day of September, 2006.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE